# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

**2:15-mj-00026-JCF**
**USA v. Momotok et al**
**Honorable J. Clay Fuller**

Minute Sheet for proceedings held In Open Court on 08/13/2015.

TIME COURT COMMENCED: 9:40 A.M.
TIME COURT CONCLUDED: 11:05 A.M.
TIME IN COURT: 1:25
OFFICE LOCATION: Gainesville

TAPE NUMBER: JCF-Gaines-FTR
USPO: Tony Poole
DEPUTY CLERK: Christina Klimenko

| | |
|---|---|
| DEFENDANT(S): | [1]Leonid Momotok Present at proceedings |
| ATTORNEY(S) PRESENT: | Suzanne Hashimi representing Leonid Momotok<br>Mary Roemer representing USA |
| PROCEEDING CATEGORY: | Bond Hearing; |
| PLEADINGS FILED IN COURT: | Government Exhibits 1-3 (submitted); Defendants Exhibits 103 (submitted) |
| MINUTE TEXT: | Bond hearing held; The Court reviewed the written proffer from the ED/NY submitted by the Government. After hearing arguments of counsel, the Court is inclined to order the Defendants released on bond. The Government's motion to stay based on the minute entry order entered by District Judge Dearie in the ED/NY will be addressed in a written order to follow. Defense counsel notified the Court that they will not oppose the Government's motion to stay and will address that issue in a hearing to be held in the ED/NY. |