# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:15-mj-00026-JCF
### USA v. Momotok et al
### Honorable J. Clay Fuller

Minute Sheet for proceedings held In Open Court on 08/31/2015.

TIME COURT COMMENCED: 10:27 A.M.
TIME COURT CONCLUDED: 10:34 A.M.
TIME IN COURT: 00:07
OFFICE LOCATION: Gainesville

TAPE NUMBER: JCF-Gaines-FTR
USPO: Tony Poole
DEPUTY CLERK: Christina Klimenko

DEFENDANT(S):     [2]Alexander Garkusha Present at proceedings

ATTORNEY(S) PRESENT:     William McKinnon representing USA
** Jay Strongwater for Jerry Froelich representing Alexander Garkusha

PROCEEDING CATEGORY:     Bond Hearing;

MINUTE TEXT:     Bond execution hearing held; Deft. advised and released on a $2,000,000.00 Security bond with standard & special conditions of release.