United States District Court
Northern District of Georgia
106 United States Courthouse
121 Spring Street, SE
Gainesville, Georgia 30501

James N. Hatten                                                                                          (678) 450-2760
Clerk of Court

August 31, 2015

United States District Court
Eastern District of New York
Office of the Clerk
225 Cadman Plaza East, Room 118S
Brooklyn, NY 11201-1818

Clerk's Office:

    Additional Rule 40 proceedings were held in this district on regarding, N.D.Ga. Case No. 2:15-MJ-026-JCF, your Case No. CR-15-381.  Enclosed are our documents of said proceedings.

    If you have any questions, please call the Magistrate Courtroom Deputies' Office at (678) 450-2792.

                                                                                         Sincerely,

                                                                                 /s/ Christina Klimenko
                                                                                 Deputy Clerk

Enclosure