US District Court

121 Spring Street

Room 201

Gainesville GA 30501

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JUN 27 2016

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Leonid Momotok

1610 Pepperbush Court

Suwanee GA 30024

My name is Leonid Momotok

Dear Sirs,

Please let me have a copy of the Financial Affidavit I filed in August, 2015 for the case 2:15-mj-00026-JCF. I think the Financial Affidavit is record # 2 on the docket. Please call me if you have any questions

404 925 3476

Thank you very much for your help.

Leonid Momotok   [signature]   6-22-16